Before the Third Division, October 2, 1967

**No. P67/332.**—Irving W. Rice Co., Inc. *v.* United States, protests
66/58482(B), etc. (New York).

Landis, J.  In accordance with stipulation of counsel that the mer-
chandise covered by the foregoing protests consists of finished glass

atomizer bases; that the merchandise in its imported condition possesses no independent function and is solely used when attached to and assembled with other substantial components thereby comprising a complete atomizer; and following the principles set forth in *William Adams, Inc.* v. *United States* (56 Cust. Ct. 429, C.D. 2670), the claim of the plaintiff was sustained.